In the Matter of EMPIRE CITY SUBWAY COMPANY (LIMITED), Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued October 2, 1947; decided October 16, 1947.

*Charles E. Murphy, Corporation Counsel (Ira Wollison* and *Isaac C. Donner* of counsel), for appellant.

*Frank A. Fritz, John B. King, John M. Farrell* and *Ralph W. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.